

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2018

No. 04-18-00194-CV

Helen H. **VO** and Danny T. Nguyen,
Appellants

v.

Hiep T. **VO**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI06982
Honorable Richard Price, Judge Presiding

# O R D E R

Appellee's brief is currently due July 26, 2018. On July 24, 2018, appellee's filed a motion, requesting an extension of time of thirty (30) days. After consideration, we **GRANT** appellee's motion. The new due date for appellee's brief is **August 27, 2018**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court